■ COUNTRY-WIDE INSURANCE COMPANY, Appellant, v RADIOLOGY OF WESTCHESTER, P.C., as Assignee of Elizabeth Colon, Respondent. [46 NYS3d 881]—Order and judgment (one paper), Supreme Court, New York County (Manuel J. Mendez, J), entered August 11, 2015, denying the unopposed petition to vacate a master arbitration award, dated March 17, 2015, which affirmed an arbitrator's award that had granted respondent no-fault insurance benefits, unanimously reversed, on the law, without costs, the petition granted, and the award vacated. The Clerk is directed to enter judgment accordingly.

The master arbitrator's award was arbitrary because it irrationally ignored petitioner's uncontroverted evidence establishing that the assignor failed to appear at the three scheduled examinations under oath (*cf. Hertz Corp. v Active Care Med. Supply Corp.*, 124 AD3d 411 [1st Dept 2015]; *Easy Care Acupuncture P.C. v Praetorian Ins. Co.*, 49 Misc 3d 137[A], 2015 NY Slip Op 51524[U] [App Term, 1st Dept 2015]). Concur—Friedman, J.P., Richter, Kapnick and Kahn, JJ.